IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RITA ELMIRA BLAND, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-00374-KD-N |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 6) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 10, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Orders under both Federal Rule of Civil Procedure 41(b) and the Court's inherent power to manage its docket.

**DONE** and **ORDERED** this the 17th day of November 2014.

                                                     /s/ Kristi K. DuBose
                                                   **KRISTI K. DuBOSE**
                                                   **UNITED STATES DISTRICT JUDGE**